IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE SOLE,

    Petitioner,        No. CIV S-05-1135 GEB DAD P

  vs.

M. SHEPHERD,

    Respondent.       ORDER

_____/

        Petitioner has requested an extension of time to file an amended petition pursuant to the court's order filed June 28, 2005. Good cause appearing, this request will be granted.

        Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed at any stage of a habeas corpus case "if the interests of justice so require." 18 U.S.C. § 3006A; see also Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require appointment of counsel at this time.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's July 15, 2005 motion for appointment of counsel is denied;

        2. Petitioner's July 15, 2005 motion for extension of time is granted;

1

1  3. Petitioner is granted sixty days from the date of this order to file an amended petition on a standard form, in compliance with the court's order filed June 28, 2005, and Rule 2 of the Federal Rules Governing § 2254 Cases; and

4. The Clerk of the Court is directed to send petitioner, with this order, a copy of the standard form petition for writ of habeas corpus to be used by a state prisoner.

DATED: July 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
sole1135.110+ext