IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE SOLE,

    Petitioner,                      No. CIV S-05-1135 GEB DAD P

    vs.

M. SHEPHERD,

    Respondent.                  ORDER

                                      /

        Petitioner has filed a second motion for appointment of counsel. Petitioner was advised in the court's order filed July 22, 2005, that there is no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed at any stage of the proceedings "if the interests of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Fed. R. Governing § 2254 Cases. The court finds that the interests of justice do not require appointment of counsel in this case at the present time.

        IT IS HEREBY ORDERED that petitioner's September 19, 2005 motion for appointment of counsel is denied.

DATED: April 14, 2006.

                                                                           DALE A. DROZD
                                                                          UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
sole1135.110sec