IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE SOLE,

        Petitioner,                   No. CIV S-05-1135 GEB DAD P

    vs.

M. SHEPHERD,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee. Petitioner has also submitted an amended petition pursuant to this court's June 28, 2005 order.

        This court dismissed petitioner's original application because he failed to complete the standard form in compliance with Rule 2 of the Federal Rules Governing § 2254 Cases. The court directed petitioner to complete all parts of the form and to continue responses as needed on pages that follow the same format as the form and are clearly linked to the form by page number or question number. Petitioner has not complied with the court's order. Instead, petitioner has submitted an incomplete standard form that refers the court to his 511-page attachment.

/////

1

1   The court must examine a habeas petition to determine whether the pleading
2 complies with the rules that govern such cases and whether the respondent should be required to
3 file a response.  The court is unable to consider an application that fails to clearly set out each
4 ground for relief with supporting facts.  <u>See</u> Rule 2(c), Fed. Rules Governing § 2254 Cases.
5 Although the petitioner has submitted his petition on a standard form, he has not completed the
6 form properly.  Accordingly, the petition will be dismissed with leave to file a second amended
7 petition that complies with the applicable rules and this order.
8   In accordance with the above, IT IS HEREBY ORDERED that:
9   1. Petitioner's September 19, 2005 amended petition for writ of habeas corpus is
10 dismissed with leave to amend; and
11   2. Petitioner is granted thirty days from the date of this order to file a second
12 amended petition on a standard form, in compliance with this order and Rule 2 of the Federal
13 Rules Governing § 2254 Cases.
14 DATED: March 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

18 DAD:9
sole1135.115(2)