IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE SOLE,

    Petitioner,        No. CIV S-05-1135 GEB DAD P

    vs.

M. SHEPHERD,

    Respondent.       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a second amended petition for a writ of habeas corpus pursuant to this court's March 28, 2007 order.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's April 24, 2007 second amended habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's April 24, 2007 second amended habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other

/////

1

documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

      2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

      3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

      4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's April 24, 2007 second amended habeas petition on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: May 7, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sole1135.100

2