IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE SOLE,

    Petitioner,                          No. CIV S-05-1135 GEB DAD P

    vs.

M. SHEPHERD,

    Respondent.                       ORDER

_____/

        Respondent has requested an extension of time to file and serve a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's June 1, 2007 request for an extension of time is granted; and

        2. Respondent shall file and serve a responsive pleading on or before July 5, 2007.

DATED: June 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
sole1135.111(2)