IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE SOLE,

    Petitioner,        No. CIV S-05-1135 GEB DAD P

    vs.

M. SHEPHERD,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file an opposition to the respondent's July 5, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 30, 2007 request for an extension of time (doc. 20) is granted; and

    2. Petitioner shall file an opposition to the respondent's motion to dismiss on or before September 5, 2007.

DATED: August 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
sole1135.111opp