IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE SOLE,

    Petitioner,        No. CIV S-05-1135 GEB DAD P

    vs.

M. SHEPHERD,

    Respondent.        ORDER
_____/

    Petitioner has requested an extension of time to file his objections to the January 7, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 22, 2008 motion for an extension of time is granted; and

    2. Petitioner shall file his objections to the January 7, 2008 findings and recommendations on or before February 27, 2008

DATED: February 4, 2008.

                        /s/ Dale A. Drozd
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE

DAD:bb
sole1135.111fr